**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1697**

KENNETH A. GREENE,

        Plaintiff - Appellant,

    v.

CAROLYN W. COLVIN, Acting Commissioner Social Security
Administration; BARBARA A. MIKULSKI, United States Senator;
ELIJAH CUMMINGS, Congressman; ABIYE F. MARIAM, Regional
Counsel, Social Security Administration; JOANNE GROSSI,
Regional Director; NORA KOCH, Regional Chief Counsel; VICKI
TURETSKY, Commissioner, Office of Child Support Enforcement;
M. WILSON, Administration for Children and Families; LORETTA
E. LYNCH, United States Attorney General; ERIC H. HOLDER,
JR., United States Attorney General,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William M. Nickerson, Senior District
Judge. (1:15-cv-01183-WMN)

Submitted: November 19, 2015      Decided: November 23, 2015

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth A. Greene, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth A. Greene appeals the district court's order dismissing his complaint purporting to raise several civil claims against Defendants. We have reviewed the record and agree that Greene's complaint fails to state a claim upon which relief may be granted. Accordingly, we affirm the district court's order. Greene v. Colvin, No. 1:15-cv-01183-WMN (D. Md. May 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED